UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID L. STRATMON, JR., | ) | 1:04-cv-06437-REC-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 18) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| PAUL M. SCHULTZ, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On March 30, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court enter judgment for Respondent. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.

1

1 | Having carefully reviewed the entire file, the Court concludes that
2 | the Magistrate Judge's Findings and Recommendations are supported
3 | by the record and proper analysis.
4 |     Accordingly, IT IS HEREBY ORDERED that:
5 |     1.   The Findings and Recommendations, filed March 30, 2006,
6 | are ADOPTED IN FULL;
7 |     2.   The Petition for Writ of Habeas Corpus is DENIED; and,
8 |     3.   The Clerk of Court enter judgment for Respondent.
9 |     IT IS SO ORDERED.

**Dated: May 22, 2006**         **/s/ Robert E. Coyle**
668554         UNITED STATES DISTRICT JUDGE